No. 23-3787

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

LOURDES MATSUMOTO, et al.,

*Plaintiffs-Appellees*,

v.

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,

*Defendant-Appellant,*

On Appeal from the United States District Court for the District of Idaho

No. 1:23-cv-00323-DKG
The Honorable Debora K. Grasham

## EXCERPTS OF RECORD INDEX VOLUME

| | |
|---|---|
| RAÚL R. LABRADOR<br>*Attorney General* | JOSHUA N. TURNER<br>*Acting Solicitor General* |
| Idaho Office of the Attorney General<br>700 W. Jefferson St.<br>Suite 210<br>Boise, ID 83720<br>(208) 334-2400<br>josh.turner@ag.idaho.gov<br>james.craig@ag.idaho.gov<br>aaron.green@ag.idaho.gov | James E. M. Criag<br>*Chief, Civil Litigation and Constitutional Defense*<br><br>Aaron M. Green<br>*Deputy Attorney General* |

# TABLE OF CONTENTS

## Volume 1 of 4

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Memorandum Decisions and Order | 11/08/23 | 41 | 2–19 |
| Memorandum Decision and Order | 11/08/23 | 40 | 20–77 |

## Volume 2 of 4

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Transcript, September 14, 2023, hearing on the Plaintiffs' Motion for Temporary Restraining Order of in the Alternative for a Preliminary Injunction | | | 79–139 |

## Volume 3 of 4

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Motion to Stay Injunction Pending Appeal | 11/27/23 | 44 | 141–142 |
| Memorandum in Support of Motion to Stay Injunction Pending Appeal | 11/27/23 | 44-1 | 143–153 |
| Defendant's Reply in Support of Motion to Dismiss | 10/17/23 | 39 | 154–166 |
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | 10/03/23 | 37 | 167–194 |
| Motion to Dismiss | 09/12/23 | 35 | 195–197 |

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Defendant's Memorandum in Support of Motion to Dismiss | 09/12/23 | 35-1 | 198–221 |
| Reply in Support of Plaintiffs' Motion for a Temporary Restraining Order | 09/11/23 | 34 | 222–245 |
| Defendant's Opposition to Plaintiffs' Motion for a Temporary Restraining Order | 08/28/23 | 32 | 246–282 |
| Declaration of Lincoln Davis Wilson | 08/28/23 | 32-1 | 283–285 |
| Exhibit 1 | 08/28/23 | 32-2 | 286–290 |
| Exhibit 2 | 08/28/23 | 32-3 | 291–312 |
| Exhibit 3 | 08/28/23 | 32-4 | 313–317 |
| Order Granting Motion for Leave to File Amici Curiae Brief | 08/22/23 | 31 | 318–321 |
| Notice of Assignment to a U.S. Magistrate Judge and Consent Form | 08/08/23 | 26 | 322–324 |
| Docket Entry Only – Consent Filed | 08/03/23 | 22 | 325–326 |
| Motion for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion | 07/31/23 | 20 | 327–331 |
| Amicus Brief in Support of Plaintiff's Motion for a Temporary Restraining Order | 07/31/23 | 20-1 | 332–353 |

**Volume 4 of 4**

| DOCUMENTS | DATE FILED | DOCKET NUMBER | EXCERPT PAGE |
|---|---|---|---|
| Plaintiffs' Motion for a Temporary Restraining Order | 07/24/23 | 12 | 355–357 |

2

| Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order | 07/24/23 | 12-1 | 358–385 |
|---|---|---|---|
| Declaration of Wendy J. Olson | 07/24/23 | 12-2 | 386–389 |
| Exhibit 1 Rep. Ehardt Testimony | 07/24/23 | 12-3 | 390 |
| Exhibit 2 Letter from Attorney General to Rep. Crane | 07/24/23 | 12-4 | 391–393 |
| Exhibit 3 Letter Attorney General to Rep. Rubel | 07/24/23 | 12-5 | 394–400 |
| Exhibit 4 Sen. Lakey Testimony | 07/24/23 | 12-6 | 401 |
| Declaration of Lourdes Annette Matsumoto | 07/24/23 | 12-7 | 402–411 |
| Declaration of Tai Simpson | 07/24/23 | 12-8 | 412–422 |
| Declaration of Megan Kovacs | 07/24/23 | 12-9 | 423–430 |
| Notice of Assignment to a Magistrate Judge | 07/20/23 | 11 | 431–432 |
| Waiver of the Service of Summons | 07/18/23 | 9 | 433–435 |
| Complaint for Declaratory Judgement | 07/11/23 | 1 | 436–469 |
| Notice of Appeal | 11/22/23 | 43 | 470–475 |
| Docket | | | 476–483 |

# CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing/attached documents on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

Description of Documents:

  Excerpts of Record

<u>/s/ *Joshua N. Turner*</u>             December 20, 2023
Joshua N. Turner

4