No. 23-3787

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LOURDES MATSUMOTO, *et al.*,

*Plaintiffs-Appellees*,

*v.*

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho,

*Defendant-Appellant,*

On Appeal from the United States District Court
for the District of Idaho

No. 1:23-cv-00323-DKG
The Honorable Debora K. Grasham

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR PANEL REHEARING AND/OR REHEARING EN BANC

RAÚL R. LABRADOR
  *Attorney General*

Idaho Office of the
Attorney General
700 W. Jefferson St.
Suite 210
Boise, ID 83720
(208) 334-2400
alan.hurst@ag.idaho.gov
michael.zarian@ag.idaho.gov
james.craig@ag.idaho.gov
aaron.green@ag.idaho.gov

ALAN M. HURST
  *Solicitor General*
MICHAEL A. ZARIAN
  *Deputy Solicitor General*

JAMES E. M. CRAIG
  *Chief, Civil Litigation and*
  *Constitutional Defense*
AARON M. GREEN
  *Deputy Attorney General*

Appellant Raúl Labrador respectfully moves under Fed. R. App. P. 26(b) and 9th Cir. R. 31-2.2(b) for an order granting a 30-day extension of time to file a petition for panel rehearing and/or rehearing en banc.

A panel of this Court issued its opinion in this case on December 2, 2024. Pursuant to Fed. R. App. P. 35(c) and Fed. R. App. P. 40(a)(1), any petition for panel rehearing or rehearing en banc is currently due on December 16, 2024. If the Court grants this motion for an extension of time of 30 days, then Appellant's petition for panel rehearing or rehearing en banc would be due on January 15, 2025.

Good cause and substantial need exist for granting this request for extension of time. Counsel have pending deadlines in other cases. In particular, the solicitor general is attending oral argument on December 10, 2024, in Pasadena, California in *United States v. Idaho*, and *United States v. Mike Moyle*, Nos. 23-35440, 23-35450 and is spending significant time assisting with preparations for oral argument. Further, all other counsel who have appeared in this action face significant time constraints, including hearings in federal and state court in cases such as a motion to dismiss hearing on December 12, 2024, in *Seyb v. Idaho Board of Medicine*, No. 1:24-cv-00244-BLW (D. Idaho).

Counsel for Appellees has advised that they oppose this extension request.

Respectfully Submitted,

            HON. RAÚL R. LABRADOR
            ATTORNEY GENERAL

Date: December 9, 2024   */s/ Alan M. Hurst*
            Alan M. Hurst
             *Solicitor General*

            Michael A. Zarian
             *Deputy Solicitor General*

            James E. M. Craig
             *Chief, Civil Litigation and*
             *Constitutional Defense*

            Aaron M. Green
             *Deputy Attorney General*

            *Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, I electronically filed APPELLANT'S MOTION FOR EXTENSION with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Date: December 9, 2024            */s/ Alan M. Hurst*
                                  Alan M. Hurst

3