

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOURDES MATSUMOTO; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>RAUL LABRADOR, in his capacity as the Attorney General for the State of Idaho,<br><br>　　　　Defendant - Appellant. | No. 23-3787<br><br>D.C. No.<br>1:23-cv-00323-DKG<br><br>District of Idaho, Boise<br><br>MANDATE |

　　　The judgment of this Court, entered December 02, 2024, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT